**1**

John P. JOHNSON and N. M. Johnson, Copartners Trading and Doing Business under the Firm Name and Style of Johnson Brothers, and John P. Johnson and N. M. Johnson, individually, Plaintiffs in Error, v. George B. POST, Arthur Turnbull, Benson B. Sloan, George B. Post, Jr., Henry Shaw, Alfred L. Dennis, Walter H. Sykes, Jr., Oliver D. Filley, and W. Allston Flagg, Copartners Trading and Doing Business under the Firm Name and Style of Post & Flagg, Defendants in Error.

Circuit Court of Appeals, Fourth Circuit. January 20, 1928.

No. 2695.

In Error to the District Court of the United States for the Eastern District of North Carolina, at Raleigh.

Murray Allen, of Raleigh, N. C., and R. L. Godwin, of Dunn, N. C., for plaintiffs in error.

Cooke & Wyllie, of Greensboro, N. C., and Pou & Pou, of Raleigh, N. C., for defendants in error.

PER CURIAM. Case dismissed, under rule 20, at cost of plaintiffs in error, per agreement of attorneys.

**2**

Harry LEHMAN v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. April 3, 1928.

No. 4983.

In Error to the District Court of the United States for the Middle District of Tennessee; Harry B. Anderson, Judge.

Seth M. Walker and Howard B. Shofner, both of Nashville, Tenn., for plaintiff in error.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

**3**

LUM JICK v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. May 8, 1928.

No. 5156.

Appeal from the District Court of the United States for the Western District of Michigan.

Charles F. Hille, of Chicago, Ill., for appellant.

L. H. Grettenberger, Asst. U. S. Atty., of Grand Rapids, Mich., for appellee.

PER CURIAM. Docketed and dismissed pursuant to motion of counsel for appellee.

**4**

Fred McGUIRE v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. May 8, 1928.

No. 5155.

In Error to the District Court of the United States for the Eastern District of Michigan.

C. A. Higgs, of Bay City, Mich., for plaintiff in error.

John R. Watkins, U. S. Atty., of Detroit, Mich., and Otto J. Manary, Asst. U. S. Atty., of Bay City, Mich.

PER CURIAM. Docketed and dismissed pursuant to motion of counsel for defendant in error.

**5**

Frank NIGRO, Plaintiff in Error, v. UNITED STATES, Defendant in Error. *

Circuit Court of Appeals, Eighth Circuit. June 22, 1928.

No. 7796.

In Error to the District Court of the United States for the Western District of Missouri.

W. G. Lynch, of Kansas City, Mo. (Harvey Roney, of Kansas City, Mo., on the brief), for plaintiff in error.

Harry L. Thomas, Asst. U. S. Atty., of Kansas City, Mo. (Roscoe C. Patterson, U. S. Atty., of Kansas City, Mo., and William L. Vandeventer, Asst. U. S. Atty., of Springfield, Mo., on the brief), for the United States.

Before SANBORN and BOOTH, Circuit Judges, and PHILLIPS, District Judge.

PER CURIAM. This is a writ of error to a judgment of conviction for violation of the Harrison Anti-Narcotic Act (Act Dec. 17, 1914, 38 Stat. 785, amended February 24, 1919, 40 Stat. 1130, re-enacted November 23, 1921, 42 Stat. 298, and re-enacted June 2, 1924, 43 Stat. 328 (U. S. C. tit. 26, §§ 211, 692, 696, 700 [26 USCA §§ 211, 692, 696,

*Rehearing denied August 28, 1928.